IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| ROMA ADELENE HUGHES | ) | Civil Action No. 0:15-cv-3024-BHH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN COLVIN | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 23rd day of February, 2016, upon consideration of Defendant's Motion to Remand, it is hereby

**ORDERED** that the Defendant's motion is granted, and this case is remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

/s/Bruce Howe Hendricks
United States District Judge

February 23, 2016
Greenville, South Carolina